# United State Bankruptcy Court

# Middle District of Louisiana

**IN RE:**　　　　　　　　　　　　　　　　　　　　　　　**CASE NO.: 05-14437**
Ernest Gustave Vocke, Jr.

**DEBTOR**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

There having been a dividend check in the above named case issued to World Financial Network National Bank in the amount of $212.46, and said check having not been cashed by said payee, the trustee pursuant to 28 U.S.C. Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court

The unclaimed funds money is now owed to Roundup Funding, LLC after purchasing the account from World Financial Network National Bank. The funds likely became unclaimed as there was never a Transfer of Claim filed with the court.

Application is hereby made for the Clerk, U.S. Bankruptcy Court, with certificate of service showing that the United States Attorney has been notified, to pay this unclaimed money to the rightful payee, Roundup Funding, LLC at address: 2101 Fourth Avenue, Suite 900, Seattle, WA 98121

10/14/2010
Date

Steven G. Kane, V.P., Operations Manager
Roundup Funding, LLC
2101 Fourth Avenue, Suite 900
Seattle, WA 98121

# United State Bankruptcy Court

# Middle District of Louisiana

IN RE:  CASE NO.: 05-14437

Ernest Gustave Vocke, Jr.

**DEBTOR**

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Considering the application made by Roundup Funding, LLC whose mailing address is 2101 Fourth Avenue, Suite 900, Seattle, WA 98121, seeking an order authorizing payment of unclaimed funds,

**IT IS ORDERED** that the clerk, U.S. Bankruptcy Court pay $212.46 to the order of Roundup Funding, LLC and mail to:

Roundup Funding, LLC
2101 Fourth Avenue, Suite 900
Seattle, WA 98121

_____  _____
Date                     UNITED STATES BANKRUPTCY JUDGE

**IN RE:**
Ernest Gustave Vocke, Jr.

**DEBTOR**

CASE NO.: 05-14437

## CERTIFICATE OF SERVICE

Application for Unclaimed Funds was sent to the U.S. Attorney in compliance with 28 U.S.C. Section 2042 at the following address:

U.S. Attorney
777 Florida Street, #208
Baton Rouge, LA 70801-1717

10/14/2010
Date

Steven G. Kane, V.P., Operations Manager
Roundup Funding, LLC
2101 Fourth Avenue, Suite 900
Seattle, WA 98121

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION
-----------------------------------------------------------x

In re:
Ernest Gustave Vocke, Jr.                           Case No. 05-14437
                                                    Chapter 7

                    Debtor.

-----------------------------------------------------------x

**AFFIDAVIT OF STEVEN G. KANE**

I, Steven G. Kane, hereby certify that the following statements are true and correct:

1. I attest to the authenticity of the proof of identification provided, my Washington State Driver License.

2. I state my knowledge of state law requirements in the State of Louisiana for being personal representative of creditor Roundup Funding, LLC.

Dated this October 14, 2010

                                        Steven G. Kane
                                        2101 Fourth Avenue, Suite 900
                                        Seattle, WA 98121

SUBSCRIBED AND SWORN to be before this October 14, 2010

                                        Printed Name: Krista Rhynard
                                        Notary Public, Residing at King County
                                        My appointment expires: 07/08/2012

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION
-----------------------------------------------------------------x

In re:
Ernest Gustave Vocke, Jr.

Case No. 05-14437
Chapter 7

Debtor.

-----------------------------------------------------------------x

## AFFIDAVIT OF STEVEN G. KANE

I, Steven G. Kane, being first duly sworn, upon oath deposes and says as follows:

1. My name is Steven G. Kane, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein:

2. I am Vice President, Operations Manager for Roundup Funding, LLC (hereinafter "Roundup Funding"). Roundup Funding is solely in the business to purchase bankruptcy receivables from creditors for the sole purpose of filing bankruptcy claims in the bankruptcy case. Roundup Funding does not collect against debtors on any of the accounts it purchases nor does it report any information to credit reporting agencies.

3. The Assignment of Accounts attached hereto is a record kept by Roundup Funding in the regular course of business, and it was the regular course of business of Roundup Funding for an employee of the company, with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or transmit information thereof to be included in such record; and

the record was made at or near the time or reasonably soon thereafter. The Assignment of Accounts attached hereto is the original or exact duplicates of the original.

4. According to the business records of Roundup Funding, LLC, on December 12, 2008 World Financial Network National Bank, a series of its accounts to Roundup Funding, LLC. The series of accounts was assigned portfolio number 6251.

5. Ernest Gustave Vocke, Jr.'s World Financial Network National Bank account number ending in 5688 is part of the series of accounts that Roundup Funding, LLC purchased from World Financial Network National Bank in December 2008. A true and correct copy of the redacted Assignment of Accounts is attached.

Dated this 14 day of October, 2010

Steven G. Kane
2101 Fourth Avenue, Suite 900
Seattle, WA 98121

SUBSCRIBED AND SWORN to be before this 14 day of October, 2010

Printed Name: Krista Rhynard
Notary Public, Residing at King County
My appointment expires: 07/08/2012



Steven G. Kane — Roundup Funding, LLC

V.P. Operations Manager

Ph: 206-239-1952
steve.kane@blinellc.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION
-----------------------------------------------------------------x

In re:
Ernest Gustave Vocke, Jr.

Case No. 05-14437
Chapter 7

Debtor.

-----------------------------------------------------------------x

## STATEMENT OF AUTHORITY

1. The undersigned is the VP Investment and Risk Management, Roundup Funding, LLC; a Washington limited liability company (the "Company").

2. Steven G. Kane is the Vice President, Operations Manager for Roundup Funding, LLC and is authorized by the Company to execute applications for payments of unclaimed funds to be filed with the various U.S. Bankruptcy Courts.

Dated this 14 day of October, 2010

_____
John Tu,
VP Investment and Risk Management

SUBSCRIBED AND SWORN to be before this 14 day of October, 2010

_____
Printed Name: Krista Rhynard
Notary Public, King County
My appointment expires: 07/08/2012

OFFICER'S CERTIFICATE   PAGE - 1 -

## Exhibit A

## ASSIGNMENT OF ACCOUNTS
## AND WAIVER OF NOTICE OF TRANSFER OF CLAIMS

World Financial Network National Bank. ("Seller"), for value received, transfers, sells, assigns, conveys, grants and delivers to Roundup Funding, LLC, all right, title and interest in and to (i) Seller's consumer accounts (2,166,202 Accounts, ▮▮▮▮▮▮▮ in face value) which are described on computer files furnished by Seller to Buyer in connection herewith (each, an "Account"); (ii) all judgments obtained in connection with any such Account; and (ii) all proceeds of such Accounts after the close of business on December 12th, 2008.

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001 (e) (2) or otherwise. Seller further consents to the attachment of a copy of this Assignment to a Notice of Transfer of Claim filed by Buyer pursuant to said rule.

Proofs of claim with respect to the Accounts may have been filed by Seller under any of the following names: World Financial Network National Bank/WFNNB.

This Assignment is subject to the terms of the Chapter 7 Bankruptcy Receivables Purchase Agreement dated December __, 2008, between Seller and Buyer (the Agreement) without representations and warranties of any kind or character except as set forth therein.

DATE: December 12th, 2008

WORLD FINANCIAL NETWORK NATIONAL BANK

By: _Daniel T Groomes_
Name: _DANIEL T GROOMES_
Title: _PRESIDENT_

## Unclaimed Funds Creditor Balance
## U.S. Bankruptcy Court - District of Louisiana Middle
Monday, August 02, 2010

| Case Number | Debtor Name | Amount | Date Paid | Division | Last Activity Date / Fund |
|---|---|---|---|---|---|
| 05-14060 | Vincent & Marie | | | | 01/18/2008 |
| | Name | | | | |
| | Baker Finance | | | | 6047BK |
| | Baker Finance | | | | 6047BK |
| | Capital One Bank | | | | 6047BK |
| 05-14096 | Mark S. & Tonya M. Holden | | | 3 | 06/15/2009 |
| | Name | Amount | Date Paid | | Fund |
| | Fendley Financial Corp | $37.65 | | | 6047BK |
| 05-14225 | Jennifer & Jeffrey Nagy | | | 3 | 03/26/2008 |
| | Name | Amount | Date Paid | | Fund |
| | Capital One Bank | $396.70 | | | 6047BK |
| 05-14363 | Michael & Carmella Causey | | | 3 | 07/25/2008 |
| | Name | Amount | Date Paid | | Fund |
| | Hibernia National Bank | $17.10 | | | 6047BK |
| 05-14378 | Ruth Edmonston Lambert | | | 3 | 03/26/2008 |
| | Name | Amount | Date Paid | | Fund |
| | Baton Rouge General | $927.12 | | | 6047BK |
| 05-14437 | Vocke G Ernest | | | 3 | 05/20/2009 |
| | Name | Amount | Date Paid | | Fund |
| | Discover Financial Svs | $948.71 | 11/05/2009 | | 6047BK |
| | LVNV Funding LLC | $440.36 | | | 6047BK |
| | World Financial Network National Bank | $212.46 | | | 6047BK |
| 05-14459 | Harris, Jr. & Malinda J. Liney | | | 3 | 05/22/2007 |
| | Name | Amount | Date Paid | | Fund |
| | eCAST | $63.76 | | | 6047BK |
| | Our Lady of the Lake Reg Med Center | $130.96 | | | 6047BK |
| 05-14578 | Tanya D. Hanks | | | 3 | 02/22/2007 |
| | Name | Amount | Date Paid | | Fund |
| | Bank One | $1,543.77 | | | 6047BK |
| 05-14618 | Charles, Jr. Matz | | | 3 | 06/26/2009 |
| | Name | Amount | Date Paid | | Fund |
| | Hibernia National Bank | $1,161.64 | | | 6047BK |
| 05-14661 | Don & Vicky Pipes | | | 3 | 07/25/2008 |
| | Name | Amount | Date Paid | | Fund |
| | Liberty Collection Bureau | $551.33 | | | 6047BK |
| 05-14719 | Eunice Harrell | | | 3 | 07/25/2008 |
| | Name | Amount | Date Paid | | Fund |
| | Neighbors Federal Credit Union | $15.31 | | | 6047BK |

| UNITED STATES BANKRUPTCY COURT **MIDDLE DISTRICT OF LOUISIANA AT BATON ROUGE** | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>**VOCKE, ERNEST GUSTAVE** | Case Number: **05-14437**<br>**Ch 7** |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**World Financial Network National Bank - Express**

Name and address where notices should be sent:
**World Financial Network National Bank**
**c/o Weinstein & Riley, P.S.**
**2101 Fourth Ave., Suite 900**
**Seattle, WA 98121**

Telephone number:  (877) 332-3543

[ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of the statement giving particulars.

[ ] Check box if you have never received any notices from the bankruptcy court in this case.

[X] Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:
**XXXXX5688**

Check here if this claim:
[ ] replaces      a previously filed claim, dated: _____
[ ] amends

**1. Basis for Claim**
[X] Goods sold
[ ] Services performed
[ ] Money loaned
[ ] Personal injury/wrongful death
[ ] Taxes
[ ] Other:

[ ] Retiree benefits as defined in 11 U.S.C. § 1114(a)
[ ] Wages, salaries, and compensation (fill out below)
Last four digits of your SS#: _____
Unpaid compensation for services performed
from _____ to _____
    (date)           (date)

**2. Date debt was incurred:**
Charges made Prior to Filing.

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim **$1,597.24**
[X] Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
[ ] Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:
[ ] Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B)
[ ] Wages, salaries, or commissions (up to $10,000), * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
[ ] Contributions to an employee benefit plan - 11 U.S.C. § 507 (a)(5).

**Secured Claim**
[ ] Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
[ ] Real Estate  [ ] Motor Vehicle  [ ] Other _____
Value of Collateral: _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

[ ] Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
[ ] Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
[ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**   $ 1,597.24    $0.00    $0.00    $1,597.24
                                                  (unsecured)  (secured) (priority) (Total)

[ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

THIS SPACE IS FOR COURT USE ONLY

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date<br>5/16/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>/s/ <br>RICHARD S. RALSTON  WSBA No. 8546<br>Attorney for  World Financial Network National Bank |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Account Summary**

| | |
|---|---|
| Debtor Name: | VOCKE, ERNEST GUSTAVE |
| Debtor SSN: | XXX-XX-6634 |
| Debtor Address: | 1701 LOBDELL AVE APT 69 |
| End Balance: | $1,597.24 |
| Last Payment Date: | 6/3/2004 |
| Last Payment Amount: | $805.00 |
| Last Purchase Date: | 11/12/2000 |
| Last Purchase Amount: | $26.46 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 05-14437 | | | Trustee Name: | Samera L. Abide | |
| Case Name: | VOCKE, Jr., ERNEST GUSTAVE | | | Bank Name: | Sterling Bank | |
| Primary Taxpayer ID #: | | | | Checking Acct #: | ████4437 | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 10/13/2005 | | | Blanket bond (per case limit): | $51,529,304.00 | |
| For Period Ending: | 5/6/2009 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/05/2009 | | Transfer From: #████ | Transfer to Close Account | 9999-000 | $46,801.82 | | $46,801.82 |
| 01/05/2009 | 2001 | Samera L. Abide | Trustee Expenses | 2200-000 | | $213.11 | $46,588.71 |
| 01/05/2009 | 2002 | Samera L. Abide | Trustee Compensation | 2100-000 | | $2,852.16 | $43,736.55 |
| 01/05/2009 | 2003 | World Financial Network National Bank | Final Distribution. Claim #: 1; Amount Allowed: 1,597.24; Notes: Account Number: 5688; Claim #: 1; | 7100-000 | | $1,597.24 | $42,139.31 |
| 01/05/2009 | 2004 | Discover Bank/Discover Financial Services | Final Distribution. Claim #: 2; Amount Allowed: 7,132.16; Notes: Account Number: 94326; Claim #: 2; | 7100-000 | | $7,132.16 | $35,007.15 |
| 01/05/2009 | 2005 | LVNV Funding LLC its successors and assigns | Final Distribution. Claim #: 4; Amount Allowed: 3,310.50; Notes: Account Number: 6566; Claim #: 4; | 7200-000 | | $3,310.50 | $31,696.65 |
| 01/05/2009 | 2006 | World Financial Network National Bank | Final Distribution. Claim #: 1; Amount Allowed: 212.46; Notes: Account Number: 5688; Claim #: 1; | 7990-000 | | $212.46 | $31,484.19 |
| 01/05/2009 | 2007 | Discover Bank/Discover Financial Services | Final Distribution. Claim #: 2; Amount Allowed: 948.71; Notes: Account Number: 94326; Claim #: 2; | 7990-000 | | $948.71 | $30,535.48 |
| 01/05/2009 | 2008 | LVNV Funding LLC its successors and assigns | Final Distribution. Claim #: 4; Amount Allowed: 440.36; Notes: Account Number: 6566; Claim #: 4; | 7990-000 | | $440.36 | $30,095.12 |
| 01/05/2009 | 2009 | VOCKE, JR., ERNEST GUSTAVE | Final Distribution. Claim #: ; Amount Allowed: 30,074.53; Notes: Debtor Surplus Account Number: ; Claim #: ; | 8200-002 | | $30,074.53 | $20.59 |
| 01/05/2009 | 2010 | ERNEST GUSTAVE VOCKE, JR. | Surplus funds paid to debtor | 8200-002 | | $20.59 | $0.00 |
| 05/06/2009 | 2006 | STOP PAYMENT: World Financial Network National Bank | Stop Payment for Check# 2006 Not cashed or returned | 7990-004 | | ($212.46) | $212.46 |
| 05/06/2009 | 2007 | STOP PAYMENT: Discover Bank/Discover Financial Services | Stop Payment for Check# 2007 Not cashed or returned | 7990-004 | | ($948.71) | $1,161.17 |
| 05/06/2009 | 2008 | STOP PAYMENT: LVNV Funding LLC its successors and assigns | Stop Payment for Check# 2008 Not cashed or returned | 7990-004 | | ($440.36) | $1,601.53 |

SUBTOTALS    $46,801.82    $45,200.29