## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 05-14437 |
| Joel & Kathy Lamboy | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

### APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Resurgent Capital Services LP, claimant, hereby petitions the Court for $440.36, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to LVNV Funding LLC, creditor. A dividend check in the amount totaling $440.36 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was for the creditor, LVNV Funding, LLC. It is unknown why the original dividend check was not received. Resurgent Capital Services LP, as servicer, is authorized to collect on behalf of LVNV Funding LLC, as evidenced by Exhibit A & B.

The creditor's current mailing address, phone and social security/tax identification number are:

Resurgent Capital Services LP
Lisa Landreth Manager
15 South Main Street
Greenville, SC 29601
864-248-8372
SSN/TIN: 76-0609845

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $440.36 made payable to Resurgent Capital Services LP c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: September 21, 2011      Respectfully Submitted: _____

Brian J. Dilks, Manager
Dilks & Knopik, LLC, Attorney in Fact for
Resurgent Capital Services LP
28431 SE Preston Way
Issaquah, WA 98027
425-836-5728

On 9/21/2011 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Andrew T. Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9, 2015

[Seal]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

RE: Joel & Kathy Lamboy )  Case: 05-14437
)
) **AUTHORITY TO ACT**
) **Limited Power of Attorney**
) **Limited to one Transaction**
Debtor(s) )

**USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE**

1. **Resurgent Capital Services LP** with a tax identification number of **76-0609845**, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$440.36** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____  Sept 7 , 20 11
Lisa Landreth - Manager          Date

Affix Corporate Seal Below

**RESURGENT**
*Capital Services*

LISA LANDRETH
Manager

15 South Main Street
Greenville, SC 29601
phone 864-248-8372
fax 864-248-8790
email llandreth@resurgent.com
www.resurgent.com

ACKNOWLEDGMENT

COUNTY OF Greenville)

On this 7 day of September , 2011 , before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) **Lisa Landreth** known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.
WITNESS my hand and official seal.
NOTARY PUBLIC Robin Underwood
Residing at Woodruff SC 29388
My Commission expires 3/09/2019






I, Lisa Landreth, Manager, Contract Management of Resurgent Capital Services, currently do not have a business card. In lieu of this, I have provided a copy of my driver's license and Resurgent Capital Services employee identification card.

The above copies of South Carolina driver's license and Resurgent Capital Services employee identification card in the name of Lisa Landreth are true and exact copies of the originals.

*Lisa Landreth*
Lisa Landreth
Resurgent Capital Services
Manager, Contract Management

State of <u>South Carolina</u>:
County of <u>Greenville</u>:

On March 22, 2010, before me Robin Underwood, personally appeared Lisa Landreth, personally known to me as the person whose name is subscribed above.

Robin Underwood
Notary Public
My Commission Expires 3-09-2019

# Statement of Authority

The undersigned being first duly sworn and states that Lisa Landreth is the Manager of Contract Management and is authorized to execute and deliver all documents pertaining to the recovery of Unclaimed, Lost or Abandoned Property owing to Resurgent Capital Services LP or the companies it services. Lisa Landreth is further authorized to execute claim documents on behalf of Resurgent Capital Services LP, or the companies it services, as required for any and all claim(s) submitted for Unclaimed, Lost or Abandoned Property.

By: _____  Dated  9/6/11
Sherrie Emerson – Senior Director

STATE OF South Carolina,    COUNTY OF Greenville

On September 06, 2011 before me, personally appeared Sherrie Emerson, Sherrie Emerson personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Robin Underwood
Notary Public

My commission expires on 3/09/2019

# AFFIDAVIT OF CREDITOR'S
## Access to claimant's corporate seal

**BE IT ACKNOWLEDGED,** that I Lisa Landreth, the undersigned deponent, belonging to the legal age, do hereby depose and say under the penalty of perjury under the laws of the United States of America that the following statements and information are true and correct to the best of my knowledge and belief:

That I, Lisa Landreth, am the Manager of Resurgent Capital Services LP. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables of Resurgent Capital Services LP and its subsidiaries/acquisitions or affiliates. Resurgent Capital Services LP and its subsidiaries/acquisitions or affiliates have recoveries and/or collection of outstanding checks and receivables collected through its Greenville, SC office. However, I do not have readily access to the Resurgent Capital Services LP corporate seal.

For this reason, it is overly burdensome and, in some cases, may be impossible to provide a corporate seal impression on the documents enclosed in this motion.

I affirm that the foregoing is true, under the penalties of perjury this 7 day of Sept, 2011

_Lisa Landreth_
Lisa Landreth
Manager
15 South Main Street

Greenville, SC 29601

STATE OF South Carolina)
COUNTY OF Greenville)

On this 7 day of September, 2011 before me Lisa Landreth personally appeared, personally known to me (proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Robin Underwood
Signature

Affiant: Known ✓ or Produced ID ____
Type of ID ____

My commission expires: 3/09/2019

**LVNV Funding LLC**
**625 Pilot Road, Suite 3**
**Las Vegas, NV 89119**

March 11, 2009

W. Russ Dilks
Dilks & Knopik LLC
28431 SE Preston Way
P.O. Box 2728
Issaquah, WA 98027

    Re: LVNV Funding LLC
       Resurgent Capital Services L.P.

Dear Mr. Dilks:

  This is to confirm that Resurgent Capital Services L.P. is authorized to service accounts owned by LVNV Funding LLC, including the filing of claims and motions in bankruptcy court.

  If you have any questions or need anything else, please contact the undersigned.

Sincerely,

Kevin Branigan
President

Exhibit A

DATE JUN 10 2009
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF DOCUMENT ON FILE IN THIS OFFICE
*[signature]*
REGISTER OF DEEDS, GREENVILLE COUNTY

2009046485 Book:DE 2358 Page:588-589
June 10, 2009 11:29:49 AM  Cnty Tax:$0.00  State Tax:$0.00
Rec:$15.00
FILED IN GREENVILLE COUNTY SC
P/ATTY
2 PGS

## Limited Power of Attorney

WHEREAS **LVNV Funding, LLC** ("Grantor") has retained the services of **Resurgent Capital Services LP** ("Servicer") to service, liquidate and manage accounts receivable on behalf of the Grantor and hereby issues this Power of Attorney in favor of Servicer.

Now, therefore, Grantor does hereby constitute and appoint Servicer and it's officers, designated employees and servants (collectively referred to as "Resurgent") as Grantor's true and lawful Attorney-in-fact and hereby authorizes Resurgent to act in the Grantor's name, place and stead as fully and with the same effect as if Grantor were present and acting on it's own behalf for the following limited purposes:

1. Executing, acknowledging and delivering any Assignment of Mortgage, Note, Title, Judgment, Financing Statement or any other instrument necessary to transfer to and vest in Resurgent or its nominee or to protect the rights, title and interest of Resurgent in and to any account serviced by Resurgent on behalf of Grantor;
2. Conducting foreclosure or repossession actions;
3. Endorsing, as agent of Grantor, any checks or other instruments made payable to Grantor and received as payment with respect to any account;
4. Executing any document or instrument needed to release, satisfy, convey, or assign any lien, security interest or account;
5. Signing claims and notices of transfers of claims regarding any account;
6. Executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, receipt of quit-claim deed, surrender or other form of repossession of any collateral securing accounts serviced by Resurgent on behalf of Grantor; and
7. Executing any document or instrument and authorizing any action that is proper or necessary in asserting, protecting or realizing the Grantor's ownership rights in any account or prosecuting the Grantor's ownership duties.

Grantor further grants to Resurgent, as its attorney-in-fact, full authority to act in any manner both proper and necessary to effectuate and execute the foregoing powers, and ratifies every act that Resurgent may lawfully perform in exercising those powers by virtue thereof.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney on this 3rd day of June, 2009.

GRANTOR: LVNV Funding, LLC
By: *[signature]*
Name: Kevin Branigan
Title: President

Resurgent Capital Services LP
By: *[signature]*
Name: Michael A. Carter
Title: Senior Vice President

Exhibit B
Page 1 of 2

Witnessed by: Alison Kelly
Name: Alison Kelly

Witnessed by: Casi Grady
Name: Casi Grady

STATE OF South Carolina
COUNTY OF Charleston

On this, the 3rd day of June, 2009, the foregoing instrument was acknowledged before me, a notary public, in and for the State of SC by the parties hereto, personally known to me, by me duly sworn, did say that each was a duly authorized signatory for their respective entities.

Donette M. Stovall
Notary Public
My Commission Expires 7/30/2013

FILED FOR RECORD IN GREENVILLE COUNTY, SC ROD
2009046485    Book:DE 2358    Page:588-589
June 10, 2009    11:29:49 AM

Timothy J. Nanney

Exhibit B
Page 2 of 2